UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERJES ORTEGA-AGUIRRE, (A#220369510) | § § § § § § § § § § § | |
| Petitioner, | | |
| vs. | | CIVIL ACTION NO. 4:25-cv-4332 |
| WARDEN RAYMOND THOMPSON, | | |
| Respondent. | | |

## ORDER TO ANSWER

Petitioner Jerjes Ortega-Aguirre is presently in custody of United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) officials at the Joe Corley Processing Center in Conroe, Texas. Represented by counsel, Ortega-Aguirre has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, to challenge his continued detention. Dkt. 1. He has also filed a motion for a temporary restraining order, seeking to prevent his removal from the United States during the pendency of this case. Dkt. 2. Preliminary examination reflects that an expedited answer is needed.

Accordingly, pursuant to 28 U.S.C. § 2241, et seq., the Court **ORDERS** as follows:

1. The Clerk shall serve copies of the petition (Dkt. 1), motion for temporary restraining order (Dkt. 2), and this order on the United States Attorney

for the Southern District of Texas, Nicholas J. Ganjei, by certified mail to the Civil Process Clerk, United States Attorney's Office, 1000 Louisiana St., Suite 2300, Houston, TX 77002, and by electronic mail to USATXS.CivilNotice@usdoj.gov.

2. The Clerk shall also serve copies of the petition (Dkt. 1), motion for temporary restraining order (Dkt. 2), and this order by certified mail upon: (1) the United States Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave. NW, Washington, D.C. 20530-0001; and (2) Warden Raymond Thompson, Joe Corley Processing Center, 500 Hilbig Road, Conroe, TX 77301.

3. The respondent must file an answer to the petition and a response to the motion for a temporary restraining order within **twenty (20) days** of the date of service and will forward a copy of same to the petitioner.

4. In addition to any defense (in law or fact) to a claim for relief by the petitioner, the respondent's answer shall contain: (a) a statement of the authority by which the petitioner is held and, if held under the judgment of a court or administrative tribunal, the name of such court or tribunal and the number and style of the case(s) in which those judgments were entered; and (b) a statement as to whether the petitioner has exhausted all available administrative remedies.

5. Whether the respondent elects to submit an answer or a dispositive motion, the petitioner must file any response within **twenty (20) days** of the date reflected on the certificate of service. Under the Court's local rules, the petitioner's

failure to respond will be considered a representation that the petitioner does not oppose the motion. *See* S.D. Tex. L.R. 7.4. If the petitioner fails to comply on time, the Court may dismiss this case for want of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

6. The respondent must notify petitioner's counsel and the Court of any anticipated or planned transfer of the petitioner outside of the Southern District of Texas **at least five (5) days before** any such transfer.

SIGNED at Houston, Texas on __SEP 1 9 2025__.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE