UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JERJES ORTEGA-AGUIRRE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-04332 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On October 10, 2025, the Court granted Petitioner's Motion for Preliminary Injunction, denied as moot the Motion for Temporary Restraining Order, and ordered Petitioner's immediate release from custody. Doc. #14. There have been no filings since that time. Accordingly, to determine the appropriate next steps, the Court hereby DIRECTS the parties to file a joint status report by Friday, February 27, 2026, advising whether dismissal of this matter is appropriate.

It is so ORDERED.

FEB 2 0 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge